SAMUEL ZINMAN v. MEYER GOLD.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ATLANTIC SHIPPING COMPANY, Appellant, v. HYMAN EPSTEIN, Respondent, and BERNARD NEVELSON and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

M. S. BOWMAN COMPANY, Respondent, v. AUTOMOBILE UNDERWRITERS AGENCY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Estates of DOROTHY HAEGER and ANNA HAEGER, Infants over the Age of Fourteen. HENRY FAHRENKRUG and HERMAN ELFERS, Executors and Trustees, etc., of JOHN R. HAEGER, Deceased, Petitioners, Appellants. DOROTHY HAEGER and ANNA HAEGER, Infants, by ADOLPH E. GUTGSELL, as Special Guardian, Appellants, and HENRY HAEGER and Others, Infants, by BENONI B. GATTELL, as Special Guardian, Respondents.*— Order modified by reducing the allowance to the special guardian of the infants Henry, Frederick and Herman Haeger to the sum of $150, and as so modified affirmed, with ten dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

ARTHUR W. SLOMAN and Another, Copartners, etc., Respondents, v. WILHELM H. BENNET, Defendant, Impleaded with EDWARD HUTH and Others, Appellants. — Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the appellants to appear, answer or otherwise move with respect to the complaint within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the MOTOR CAR MUTUAL CASUALTY COMPANY.— Order affirmed, with ten dollars and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

MAURICE S. BENJAMIN and Others, Respondents, v. JOSEPH M. HYMAN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.